# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

In re _____ ESTELLE WILLIAMS WATFORD _____ ,          Case No. _____ 10-03464 _____

### TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

_____ ACQURA LOAN SERVICES _____                    _____ GMAC Mortgage _____
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): __3__
should be sent:                                       Amount of Claim: _____ 133938.34 _____
                                                      Date Claim Filed: _____ 10/06/2010 _____

ACQURA LOAN SERVICES
7880 BENT BRANCH DR
SUITE 150
IRVING, TX 75063
Phone: _____ 866-715-6199 _____                      Phone: _____
Last Four Digits of Acct #: _____ 4098 _____         Last Four Digits of Acct. #: __1030__

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/ James Cloud _____                      Date: _____ 3/15/2011 _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.