**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In Re:** | : **CHAPTER 13** |
| | : **CASE NO. 3:10-bk-03464-JAF** |
| **ESTELLE WILLIAMS WATFORD ,** | : |
| **Debtor.** | : |

**TRANSFER OF CLAIM**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. § 1111(a) (Claim #). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Statebridge Company - <br> Name of Transferee | Residential Credit Solutions <br> Name of Transferor |
|---|---|
| **WESTBOURNE CAPITAL, LLC** <br> **c/o Statebridge Company** <br> **4600 South Syracuse Street, Suite 700** <br> **Denver, Colorado 80237** | Residential Credit Solutions <br> 4282 N. Freeway <br> Fort Worth, TX 7617 |
| Phone: | Phone: |
| Last Four Digits of Acct #:**3257 | Last Four Digits of Acct #: 7447 |

Name and Addressee where transferee payments should be sent (if different from above):

**WESTBOURNE CAPITAL, LLC**
**c/o Statebridge Company**
**4600 South Syracuse Street, Suite 700**
**Suite 700**
**Denver, CO 80237**

**Claim No: 3-5**
**Claim amount: $133,938.44**
**Filed on: October 292010**

I declare under penalty of perjury that the information provided in this notice is true and correct ot the best of my knowledge and belief.

| | |
|---|---|
| By: /S/ Alecia C. Daniel <br> Alecia C. Daniel, Bar Number 36955 <br> Attorney for Transferee <br> **Johnson & Freedman, LLC** <br> 1587 Northeast Expressway <br> Atlanta, GA 30329 <br> (954) 607-3956 <br> acdaniel@jflegal.com | Date: September 10, 2012 |

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.