RECEIVED SEP 3 0 2013

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED VIA MAIL
JACKSONVILLE, FLORIDA
OCT - 2 2013
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:

Case No: VARIOUS

Debtor /

## NOTICE OF CHANGE OF ADDRESS FOR CHAPTER 13 TRUSTEE PAYMENTS

PLEASE TAKE NOTICE that WESTBOURNE CAPITAL LLC hereby gives notice of change of address for payments , effective September 16, 2013.

| OLD ADDRESS | NEW ADDRESS |
| --- | --- |
| Westbourne Capital Llc<br>C/O Statebridge Company<br>4600 S Syracuse St<br>Ste 700<br>Denver, CO 80237 | STATEBRIDGE COMPANY LLC<br>5680 GREENWOOD PLAZA BLVD STE 100S<br>GREENWOOD VILLAGE, CO 80111-2404 |

Representative Patti Quattromani
Address 5680 Greenwood Plaza Blvd, Suite 100S
Phone Greenwood Village, CO 80111
303-962-6753

Copies to:
**Debtor(s)**
**Attorney for Debtor(s)**
**Trustee**

Multiple cases are involved. Do not file a **Notice of Change of Address for Chapter 13 Payments** in each case, just attach a list of the cases affected by this change and mail to:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**300 NORTH HOGAN STREET, SUITE 3-350**
**JACKSONVILLE, FLORIDA 32202**

155636

## WESTBOURNE CAPITAL LLC

| | CaseNumber | Deb1Name | Deb2Name |
|---|---|---|---|
| 1 | 10-03464-JAF | ESTELLE WILLIAMS WATFORD | |

RECEIVED
SEP 2 _ 2013
BY:

**DOUGLAS NEWAY**
**CHAPTER 13 STANDING TRUSTEE**
**POST OFFICE BOX 4308**
**JACKSONVILLE, FLORIDA 32201-4308**

**Phone: (904) 358-6465** **Fax: (904) 634-0038**

**September 16, 2013**

STATEBRIDGE COMPANY LLC
5680 GREENWOOD PLAZA BLVD STE 100
GREENWOOD VILLAGE, CO 80111-2404

Dear Sir or Madam:

Please find enclosed a copy of the disbursement check for **WESTBOURNE CAPITAL LLC** that has been returned to us by the United States Postal Service. We will not make any changes until a Notice of Address Change is filed with the Clerk of the U.S. Bankruptcy Court. **It is not sufficient to have a preferred address filed with the Court, we are unable to make changes for payment address based on the preferred address.** A reserve is being put on your claim(s) and if the address is not changed in a timely manner, the reserved funds will be sent to the Court Registry.

**All address changes need to be filed with the Bankruptcy Court. Because this address change involves multiple cases, if you wish to use the attached Notice of Change of Address for Chapter 13 Payments, it must be signed and mailed to the Clerk of the Court and *NOT filed via CM/ECF.*** You may contact them by phone for more information at (904) 301-6490. Their address is 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202.

Thank you for your attention to this matter.

Sincerely,

Linda Brown
Linda Brown
Accounting Department